IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 8:09CR382 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| ROSEANN CRISMAN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the court for sentencing on June 9, 2010. On defendant's oral motion and without objection, the court orders that defendant is to be held by the United States Marshals Service for the District of Nebraska until August 1, 2010. The Judgment and Statement of Reasons will be filed separately.

DATED this 9th day of June, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge